**Dismissed and Memorandum Opinion filed May 2, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00847-CV

_____

## FRED WYNN AND ELVIRA WYNN, Appellants

## V.

## TRIDENT GENERAL CONTRACTING, LLC, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2019-20921**

## MEMORANDUM OPINION

This appeal is from a judgment signed October 20, 2022. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On February 21, 2023, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No

response was filed. On March 23, 2023, appellant was ordered to provide this court with proof of payment for the record on or before April 3, 2023. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Wilson.